AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| PROCOM SUPPLY, LLC <br><br> *Plaintiff* <br> v. <br> MECHEL LANGNER, et al., <br><br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 1:13 CV 2665 <br><br> JUDGE GWIN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* First National Management LLC, 17 Warren Road, Suite 10A, Pikesville, MD 21208

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Richard G. Convertino, Convertino & Associates, 424 N. Main St., Plymouth, MI 48170 and Anthony L. Leffert, Robinson Waters & O'Dorisio, P.C. 1099 18th St., Ste. 2600, Denver, CO 80202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GERI M. SMITH, CLERK

*CLERK OF COURT*

Date: 12/31/13

*Signature of Clerk or Deputy Clerk*

```
PLAINTIFF NAME    : PROCOM SUPPLY, LLC
DATE FORWARDED    : 01/14/2014
CASE NUMBER       : 1:13CV2665
DEFENDANT(S)    1. FIRST NATIONAL MANAGEMENT LLC
                   SUITE 10-A
                   17 WARREN RD
                   PIKESVILLE MD 21208-5334
```

State of Maryland
**Department of Assessments and Taxation**

Charter Division



Martin O'Malley
*Governor*

Robert E. Young
*Director*

Paul B. Anderson
*Administrator*

---

Date: 01/10/2014

ROBINSON WATERS & O'DORISIO, P.C.
PROCOM SUPPLY, LLC
1099 18TH STREET, SUITE 2600
DENVER CO 80202

THIS LETTER IS TO CONFIRM ACCEPTANCE OF THE FOLLOWING FILING:
PLAINTIFF NAME      : PROCOM SUPPLY, LLC
TYPE OF REQUEST     : SERVICE OF PROCESS
DATE RECEIVED       : 12/26/2013
TIME RECEIVED       : 12:38 P.M.
RECORDING FEE       : $50.00
SOP NUMBER          : 00024613
CUSTOMER ID.        : 0003027204
WORK ORDER NUMBER   : 0004243784

PLEASE VERIFY THE INFORMATION CONTAINED IN THIS LETTER. NOTIFY THIS DEPARTMENT
IN WRITING IF ANY INFORMATION IS INCORRECT. INCLUDE THE CUSTOMER ID AND THE WORK
ORDER NUMBER ON ANY INQUIRIES.

Charter Division
Baltimore Metro Area (410) 767-1350
Outside Metro Area (888) 246-5941

301 West Preston Street-Room 801-Baltimore, Maryland 21201-2395
Telephone (410)767-4950 / Toll free in Maryland (888)246-5941
MRS (Maryland Relay Service) (800)735-2258 TT/Voice- Fax (410)333-7097
Website: www.dat.state.md.us

0008685988

CACCPT