## UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF OHIO

Civil Action No. 1:13-cv-02665-JG

PROCOM SUPPLY, LLC, a Colorado limited liability company,

Plaintiff,

v.

MECHEL LANGNER, an individual,
AHARON MANN, and individual,
THE FIRST NATIONAL GROUP, LLC, a limited liability company,
L AND M REALTY BROKERS LLC, a limited liability company,
FIRST NATIONAL MANAGEMENT LLC, a limited liability company,
and REAL INVESTORS LLC, a limited liability company,

Defendants.

---

## AFFIDAVIT OF ANTHONY L. LEFFERT IN SUPPORT
## OF MOTION FOR ENTRY OF DEFAULT JUDGMENT

---

STATE OF COLORADO          )
                           ) ss.
CITY AND COUNTY OF DENVER  )


I, Anthony L. Leffert, being of lawful age and under no constraint or undue influence hereby make the following statements:

1.     I am a shareholder with the law firm of Robinson Waters & O'Dorisio, P.C.

2.     I am counsel for Plaintiff Procom Supply, LLC.

3.     Jurisdiction is proper in the United States District Court for the Northern District of Ohio pursuant to 28 U.S.C. §1332, as the amount in controversy exceeds $75,000, exclusive of interest and costs, and there is complete diversity of citizenship between the parties as none of

**EXHIBIT 7**

452880--05146.007

the Defendants or their members are domiciled in, citizens of, nor have a principal place of business in Colorado and Plaintiff and its sole member are domiciled in and citizens of Colorado.

4.      Upon information and belief, Defendants Mechel Langner and Aharon Mann are not minors, incompetent persons nor a member of the military.

5.      Pursuant to O.R.C. 2307.61, Civil Theft, Plaintiff is entitled to treble damages. Thus, Plaintiff is owed treble the amount of its investment which totals $567,000.00.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 21st day of February, 2014.

_____
Anthony L. Leffert

Subscribed and sworn to before me this 21st day of February, 2014, by Anthony L. Leffert.

Witness my hand and official seal.

My commission expires: _8/7/14_

_____
Notary Public

452880--05146.007                    2