UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OHIO

Civil Action No. 1:13-cv-02665-JG

PROCOM SUPPLY, LLC, a Colorado limited liability company,

Plaintiff,

v.

MECHEL LANGNER, an individual,
AHARON MANN, and individual,
THE FIRST NATIONAL GROUP, LLC, a limited liability company,
L AND M REALTY BROKERS LLC, a limited liability company,
FIRST NATIONAL MANAGEMENT LLC, a limited liability company,
and REAL INVESTORS LLC, a limited liability company,

Defendants.

---

**ENTRY OF DEFAULT JUDGMENT**

---

THIS MATTER having come before the Court on the Amended Motion for Entry of Default Judgment and the Court having reviewed the file and being fully advised, the Court hereby FINDS and ORDERS as follows:

1. Plaintiff's Amended Motion for Entry of Default Judgment is hereby GRANTED;

2. Default Judgment is hereby entered pursuant to Fed. R. Civ. P. 55 in favor of Plaintiff Procom Supply, LLC, and against Defendants Mechel Langner, Aharon Mann, First National Group LLC, L and M Realty Brokers LLC, First National Management LLC and Real Investors LLC;

3. Judgment is hereby entered in favor of Plaintiff and against Defendants, jointly and severally, in the following amounts:

461043--05146.007

a. In favor of Plaintiff Procom Supply, LLC and against Defendant Mechel Langner for the original investment amount of $189,000.00 plus interest at the rate of 3% from the date of the investment September 25, 2008, through April 8, 2014, in the amount of $31,394.71 for a total amount due and owing to Procom of $220,394.71;

b. In favor of Plaintiff Procom Supply, LLC and against Defendant Aharon Mann for the original investment amount of $189,000.00 plus interest at the rate of 3% from the date of the investment September 25, 2008, through April 8, 2014, in the amount of $31,394.71 for a total amount due and owing to Procom of $220,394.71;

c. In favor of Plaintiff Procom Supply, LLC and against Defendant The First National Group, LLC for the original investment amount of $189,000.00 plus interest at the rate of 3% from the date of the investment September 25, 2008, through April 8, 2014, in the amount of $31,394.71 for a total amount due and owing to Procom of $220,394.71;

d. In favor of Plaintiff Procom Supply, LLC and against Defendant L and M Realty Brokers LLC for the original investment amount of $189,000.00 plus interest at the rate of 3% from the date of the investment September 25, 2008, through April 8, 2014, in the amount of $31,394.71 for a total amount due and owing to Procom of $220,394.71;

e. In favor of Plaintiff Procom Supply, LLC and against Defendant First National Management LLC for the original investment amount of $189,000.00 plus interest at the rate of 3% from the date of the investment September 25, 2008, through April 8, 2014, in the amount of $31,394.71 for a total amount due and owing to Procom of $220,394.71;

      f.     In favor of Plaintiff Procom Supply, LLC and against Defendant Real Investors LLC for the original investment amount of $189,000.00 plus interest at the rate of 3% from the date of the investment September 25, 2008, through April 8, 2014, in the amount of $31,394.71 for a total amount due and owing to Procom of $220,394.71;

      g.     Pursuant to O.R.C. 2307.61, Civil Theft, in favor of Plaintiff and against each of the Defendants, jointly and severally, for treble the amount of his investment which totals $567,000.00; and

      h.     In favor of Plaintiff Procom Supply, LLC and against each of the Defendants for statutory interest pursuant to 28 U.S.C. §1961, until satisfied.

SO ORDERED this 24th day of April, 2014.

                                  BY THE COURT:

                                  s/ James S. Gwin

                                  James S. Gwin
                                  United States District Judge
                                  Northern District of Ohio

461043--05146.007