```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
                                          :
PROCOM SUPPLY, INC.,                      :    CASE NO. 1:13CV02665
                                          :
        Plaintiff,                        :
                                          :
vs.                                       :    ORDER IMPOSING SANCTIONS
                                          :    AND BENCH WARRANT
MECHEL LANGNER, ET AL,                    :    [Resolving Doc. 29]
                                          :
        Defendants.                       :
                                          :
------------------------------------------------------
```

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On April 24, 2014 this Court issued and Order entering default judgment in favor of Plaintiff against Defendants, including Mechel Langner individually.[1] On September 2, 2015, the Court approved Plaintiff's motion seeking International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters.[2] The Israel Office of Foreign Legal Affairs served Defendant Langner on September 30, 2015.[3] Defendant failed to appear for the properly noticed deposition scheduled for April 6, 2016 and to date has not offered an explanation to justify his non-compliance.

Plaintiff now moves for the issuance of a bench warrant and an award of fees and costs associated with attempting to reach Defendant and for preparation of the instant motion.[4] The Court finds that Plaintiff is entitled the relief sought.

IT IS, THEREFORE, ORDERED that the United States Marshal arrest Mechel Langner and bring him forthwith before the United States District Court for the Northern District of Ohio,

---

[1] Doc. 21
[2] Doc. 28
[3] Doc. 29-3
[4] Doc. 29

Case No. 13CV02665
Gwin, J.

Eastern Division.  Mechel Langner's last known address is Ohel Yehoshua 4, Apt. 7, Jerusalem, Israel 94477.


Dated:  August 9, 2016          *s/     James S. Gwin*
                                                                JAMES S. GWIN
                                                                UNITED STATES DISTRICT JUDGE