## Garfield, Elizabeth

| | |
|---|---|
| **From:** | Elizabeth Garfield |
| **Sent:** | Tuesday, January 14, 2014 9:20 AM |
| **To:** | Mechel Langner (marc2@netvision.net.il) |
| **Cc:** | Anthony Leffert |
| **Subject:** | Procom v. Langner; 13-cv-02665-JG US Dist. Ct., No. Dist. of OH |
| **Attachments:** | Summons to Mechel Langner (00447695).PDF; OH Complaint wExs (00446003).PDF; Consent to Exercise of Jurisdiction by Mag. Judge (00447694).PDF |

Mr. Langner: Attached are copies of the Summons, Complaint, and Consent to Jurisdiction by Magistrate Judge in the above referenced case.

Elizabeth Garfield
Paralegal
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, CO  80202
T:    303-297-2600
F:    303-297-2750
E:    egarfield@rwolaw.com
Web:  www.rwolaw.com



This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged.  This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent, as indicated above.  Any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please delete the message and notify us by calling 303-297-2600 or emailing egarfield@rwolaw.com.

******************************************************************************************************

**EXHIBIT 1**

# Garfield, Elizabeth

| | |
|---|---|
| **From:** | Elizabeth Garfield |
| **Sent:** | Tuesday, January 14, 2014 9:22 AM |
| **To:** | Aharon Mann (amann@fngrp.com) |
| **Cc:** | Anthony Leffert |
| **Subject:** | Procom v. Langner; 13-cv-02665-JG US Dist. Ct., No. Dist. of OH |
| **Attachments:** | Summons to Aharon Mann (00447697).PDF; Consent to Exercise of Jurisdiction by Mag. Judge (00447694).PDF; OH Complaint wExs (00446003).PDF |

Mr. Mann: Attached are copies of the Summons, Complaint, and Consent to Jurisdiction by Magistrate Judge in the above referenced case.

Elizabeth Garfield
Paralegal
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, CO 80202
T: 303-297-2600
F: 303-297-2750
E: egarfield@rwolaw.com
Web: www.rwolaw.com



This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent, as indicated above. Any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please delete the message and notify us by calling 303-297-2600 or emailing egarfield@rwolaw.com.

*******************************************************************************************************

**EXHIBIT 1**