UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-----------------------------------------------------------------

|  |  |  |
|---|---|---|
| PROCOM SUPPLY, INC., | : | Case No. 1:13-cv-2665 |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| vs. | : | OPINION & ORDER |
|  | : | [Resolving Doc. 37] |
| MECHEL LANGNER, *et al.*, | : |  |
|  | : |  |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

-----------------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On April 24, 2014, the Court entered default judgment against each of the Defendants in this matter.[1]  On September 21, 2018, Plaintiff filed—without a corresponding motion or argument—a Proposed Writ of Continuing Garnishment for Defendant Aharon Mann's wages earned from a corporation in Lakewood, Colorado.[2]

Based on the face of the proposed writ, the Court seriously doubts that it has jurisdiction over the Colorado employer and, therefore, will deny Plaintiff's request.[3]  If Plaintiff believes the Court has jurisdiction over the Colorado employer, it can file a motion with the Court that shows jurisdiction.  Alternatively, Plaintiff could register the Court's original judgment with the United States District Court for the District of Colorado[4] and seek the writ there.

For the foregoing reasons, the Court **DENIES** Plaintiff's requested writ of garnishment.

IT IS SO ORDERED.

Dated: October 2, 2018                    *s/        James S. Gwin*
                                          JAMES S. GWIN
                                          UNITED STATES DISTRICT JUDGE

---

[1] Doc. 21.
[2] Doc. 37.
[3] *See Daimler AG v. Bauman*, 571 U.S. 117, 137–38 (2014) (holding that, generally, a corporation is only subject to the general jurisdiction of the courts of the state where it is incorporated or principally conducts business).
[4] 28 U.S.C. § 1963.