**EXHIBIT 5**

01-Sep-11 31Aug11-1195

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G31Aug11-1195
Sequence number   Posting date

INFORMATION REDACTED
NOT RESPONSIVE TO SUBPOENA

**CHASE**
JPMorgan Chase Bank, N.A.
P.O Box 260180
Baton Rouge, LA 70826-0160

August 16, 2008 through September 16, 2008
Primary Account: 000151092372665

| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001937 DRI 802 212 29108 - NNNYN P 1 000000000 01 0000
MECHEL LANGNER
OR BARBARA P LANGNER
406 AVENUE I
BROOKLYN NY 11230-2620



## Introducing Chase Exclusives℠

### BETTER RATES - MORE REWARDS - BIGGER DISCOUNTS

Learn about Special Benefits for Being a Chase Checking Customer
Visit Chase.com/Exclusives or Talk to a Banker Today!

Restrictions and limitations apply
© 2008 JPMorgan Chase Bank, N.A. Member FDIC

## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Better Banking Checking | 000151092372665 | $32,858.94 | $13,675.90 |
| Chase Money Market Savings | 000151092372601 | 29,799.95 | 16,189.28 |

01-Sep-11

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G31Aug11-1195
Sequence number    Posting date

31Aug11-1195

# CHASE 🟡

August 15, 2008 through September 16, 2008
Primary Account: 0001510923722685

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:   Step 1 Balance: $ _____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total: $ _____

3. Add Step 2 Total to Step 1 Balance.   Step 3 Total: $ _____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|---|---|---|---|
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

Step 4 Total: $ _____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $ _____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

🏠 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 9

01-Sep-11

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G31Aug11-1195
Sequence number   Posting date

31Aug11-1195

INFORMATION REDACTED
NOT RESPONSIVE TO SUBPOENA

**CHASE** ◯

August 16, 2008 through September 16, 2008
Primary Account: 000151092372665

Page 3 of 8

01-Sep-11                                                                                                      31Aug11-1195
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G31Aug11-1195
Sequence number   Posting date


CHASE

August 16, 2008 through September 15, 2008
Primary Account: 000151092372685

## CHASE BETTER BANKING CHECKING

MECHEL LANGNER
OR BARBARA P LANGNER

Account Number: 000151092372685

## CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $32,658.94 |
| Deposits and Additions | 3,600.00 |
| Checks Paid | - 21,304.00 |
| Other Withdrawals, Fees & Charges | - 1,579.04 |
| Ending Balance | $13,975.90 |

Good News  Your monthly service fee was waived because you kept at least $1,500 in your Chase Better Banking Checking account or a combined average balance of $5,000 in qualifying checking, savings, credit, securities and mortgage loan accounts.

This message confirms that you have overdraft protection on your checking account.

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 159 ^ | 09/09 | $54.00 |
| 166 * ^ | 08/26 | 500.00 |
| 169 * ^ | 08/22 | 9,500.00 |
| 170 ^ | 08/25 | 9,500.00 |
| 172 * ^ | 09/04 | 1,500.00 |
| 173 ^ | 08/11 | 250.00 |
| Total Checks Paid | | $21,304.00 |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.
* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.
^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $32,658.94 |
| 08/22 | Check | # 169 | - 9,500.00 | 23,158.94 |
| 08/25 | Check | # 170 | - 9,500.00 | 13,658.94 |
| 08/26 | Check | # 166 | - 500.00 | 13,158.94 |
| 08/27 | Outgoing Foreign Wire Fee | | - 45.00 | 13,113.94 |

Page 4 of 6

01-Sep-11                                                                                                           31Aug11-1195

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G31Aug11-1195
Sequence number  Posting date

## CHASE 

August 16, 2008 through September 16, 2008
Primary Account: 000151092372665

### TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 08/27 | Book Transfer Debit A/C: Foreign Cur Bus Acct Bk 1 Colucolumbus OH Ben:/198474801 Alice Luscher Ref:/Ocml/Chl1400,00/Exch/0.9378889224/ Trn: 1071300240Re | -1,313.04 | 11,800.90 |
| 09/04 | Check  # 172 | -1,500.00 | 10,300.90 |
| 09/05 | American Express Web Remit 080905061696963 Web ID: 2005032111 | -221.00 | 10,079.90 |
| 09/09 | Check  # 159 | -54.00 | 10,025.90 |
| 09/11 | Check  # 173 | -250.00 | 9,775.90 |
| 09/15 | Online Transfer From Mma Xxxxxxx2601 Transaction#: 159022983 | 3,600.00 | 13,375.90 |
|  | Ending Balance |  | $13,375.90 |



### CHASE MONEY MARKET SAVINGS

MECHEL LANGNER
OR BARBARA P LANGNER

Account Number: 000151092372001

### SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $29,799.95 |
| Deposits and Additions | 10,009.31 |
| Other Withdrawals, Fees & Charges | -23,640.00 |
| Ending Balance | $16,169.26 |
| Annual Percentage Yield Earned This Period | 0.40% |
| Interest Earned This Period | $9.31 |
| Interest Paid Year-to-Date | $45.50 |

The monthly service fee for this account was waived as an added feature of Chase Better Banking Checking account.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $29,799.95 |
| 09/02 | Wire Online Foreign Fee | -40.00 | 29,759.95 |
| 09/02 | Online Wire Transfer A/C: The First Int'l Bank of Israeltel Aviv Israel 65251- Ref:/Bnf/Branch No 185 Trn: 10427002468s | -15,000.00 | 14,759.95 |
| 09/03 | Online Transfer From Chk Xxxxxxx2965 Transaction#: 156459231 | 10,000.00 | 24,759.95 |
| 09/15 | Online Transfer To Chk Xxxxxxx2965 Transaction#: 159022951 | -5,000.00 | 19,759.95 |
| 09/15 | Online Transfer To Chk Xxxxxxx2665 Transaction#: 159022983 | -3,600.00 | 16,159.95 |
| 09/16 | Interest Payment | 9.31 | 16,169.26 |
|  | Ending Balance |  | $16,169.26 |

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Better Banking Checking account.

Page 6 of 8

01-Sep-11   THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G31Aug11-1195
Sequence number   Posting date                           31Aug11-1195

INFORMATION REDACTED
NOT RESPONSIVE TO SUBPOENA


CHASE 🛑

August 16, 2008 through September 16, 2008
Primary Account: 000151092372685

01-Sep-11

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G31Aug11-1195
Sequence number   Posting date

31Aug11-1195

INFORMATION REDACTED
NOT RESPONSIVE TO SUBPOENA

**CHASE** ⬦

August 16, 2008 through September 15, 2008
Primary Account: 000151092372885

01-Sep-11

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G31Aug11-1195
Sequence number   Posting date

31Aug11-1195

INFORMATION REDACTED
NOT RESPONSIVE TO SUBPOENA

**CHASE** ◯

August 16, 2008 through September 16, 2008
Primary Account: 000151002372665

Page 8 of 8