**EXHIBIT 6**

01-Sep-11

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G31Aug11-1204**
Sequence number 004870788219  Posting date 01-DEC-08

01-Sep-11                                                    31Aug11-1204

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G31Aug11-1204**
Sequence number 006170582623  Posting date 10-DEC-08

CHASE ⬤                     **DEPOSIT**                CHECKING ☐
                                                      SAVINGS ☐
                                                      R/T 500001020

Today's Date      Customer Name    *Mechel Langner*
9/8/08
Customer Address   *406 Ave I*                 CASH      ▶

City, State, Zip   *Brooklyn NY*               CHECK     ▶        *1500.00*

Sign Here (if cash is received from this deposit)   TOTAL FROM
X                                                   OTHER SIDE  ▶

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. Checks and other items received for deposit   SUBTOTAL  ▶       *1500.00*
subject to the provisions of the Uniform Commercial Code and your Deposit Account Agreement with Chase.

                                                    LESS CASH  ▶
▼ Start your account number here

        *15109237266 5*        TOTAL $            *1500.00*

⑈0211697571⑈ ⑆500001020⑆

AcctNum: 00000015109237266 5  Amount: 000000000150000
SeqNo: 0211697571  PostDate: 20081210  Sequence: 006170582623
BankNum: 0802 AppCode: 0001  Field4: 0000  ImageStat: 05
UDK: 08020812100051705 82623  BOfD: 000000000 CapSRC: P0
TranCode: 000000  RouteTran: 50000102  DocType: 1
EntryNum: 4551 ItemType: P