**EXHIBIT 7**

01-Sep-11 31Aug11-1204

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G31Aug11-1204
Sequence number 004870788220 Posting date 01-DEC-08



THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G31Aug11-1204
Sequence number 006170582624  Posting date 10-DEC-08

