**EXHIBIT 10**

Case: 1:13-cv-02665-JG Doc #: 44-10 Filed: 08/29/19 1 of 3. PageID #: 565

02-Sep-11 31Aug11-1186

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G31Aug11-1186
Sequence number 106270859923 Posting date 07-OCT-08

LOANCARE SERVICING CENTER
P.O. BOX 8068
VIRGINIA BEACH, VIRGINIA 23450

LOANCARE SERVICING CTR
SUNTRUST BANK
DISBURSEMENT CLEARING
899 550 2981054
2981055

CHECK NO. 772873

MO. DAY YR.
09 18 08

AMOUNT
$******500.84

VOID IF NOT CASHED WITHIN 90 DAYS

FOR PAYMENT OF ESCROW TO MORTGAGOR

**FIVE HUNDRED AND 84/100 DOLLARS**

PAY TO THE ORDER OF
MECHEL LANGNER
406 AVENUE I
BROOKLYN NY 11230-2620

AUTHORIZED SIGNATURE

⑈772873⑈ ⑆051000201⑆10000 26606524⑈

02-Sep-11                                          31Aug11-1186

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G31Aug11-1186**
Sequence number 004170448443 Posting date 29-OCT-08

---

*LoanCare Servicing Center*
Advanced Systems / Personalized Service

LOANCARE SERVICING CTR
SUNTRUST BANK
DISBURSEMENT CLEARING
PO 420 2981058
208105-B

CHECK NO. 782840
MO/DAY/YR 10/20/2008

FOR PAYMENT OF ESCROW TO MORTGAGOR

Seven Hundred Fifty Three and 76/100 Dollars

AMOUNT **********$753.76
VOID IF NOT CASHED WITHIN 90 DAYS

PAY TO THE ORDER OF
MECHEL LANGNER
406 AVENUE I
BROOKLYN NY 11230

Kimberly Bryan
AUTHORIZED SIGNATURE

⑈782840⑈ ⑆051000020⑆ 10000266065 24⑈

AcctNum: 0000010000256606524 Amount: 00000000075375
Being: 0000782840 PostDate: 20081029 Sequence: 004170448443
BankNum: 0802081026001170448443 SOFD: 074909982 CapSRC: PO
TranCode: 000000 RouteTrap: 05100002 DocType: 8
EntryNum: 4089 ItemType: P